

# NUMBER 13-09-00444-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JEFFERY HARVEY,**                                                                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                                  **Appellee.**

### On Appeal from the 319th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Vela
### Memorandum Opinion Per Curiam

Appellant, Jeffery Harvey, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having

dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.   *See* TEX. R. APP. P. 47.2(b).

Delivered and filed the 8th
day of July, 2010.